Jason Gilliam
3426 Bahia Blanca West, Unit B
Laguna Woods, CA 92637
Telephone: (949) 206-0081, ex. 2

Defendant and Counterclaimant,
in pro per

UNITED STATES DISTRICT COURT

FOR THE CENTAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MONEX DEPOSIT COMPANY and MONEX CREDIT COMPANY, | ) ) ) | No. SACV09-287 JVS (ANx) |
| Plaintiffs, | ) ) | ANSWER OF JASON GILLIAM TO COMPLAINT FOR DEFAMATION, ETC. |
| v. | ) ) | |
| JASON GILLIAM, STEVEN BOWMAN, RICHARD GILLIAM, and DOES 1-50, | ) ) ) ) | |
| Defendants. | ) ) | |
| AND RELATED COUNTERCLAIM. | ) ) | |

Defendant Jason Gilliam hereby answers the complaint of plaintiffs Monex Deposit Company and Monex Credit Company by averring as follows:

1. The allegations in Paragraphs 1-7, 14-18, 21-24, 29, 30, 33-35, 37-39, 108-111, 113-123, 125-130, 132-136, 138-145, 147-152, 154-159, 161-166, 168-187, 189-195, 197-217, and 219-230 are denied.

2. The allegations in Paragraphs 8-13 and 25 are admitted.

3. In answer to Paragraph 19, this answering defendant

admits that there is a documents entitled "Atlas Account Purchase and Sale Agreement". The balance of the allegations are denied.

    4. In answer to Paragraph 20, this answering defendant admits that the risk of loss of people trading in precious metals is high. The balance of the allegations are denied.

    5. This answering defendant does not have sufficient information to form a belief about the allegations in Paragraphs 27, 28, 31, 32, 36, 92-106, 112, 124, 131, 137, 146, 152, 160, 167, 188, 196, and 218, and on that basis denies them.

    6. The allegations of Paragraphs 40 through 91, inclusive, are denied to the extent that they editorialize on, misrepresent, distort, or falsify the material actually contained on the MonexFRAUD website. Other than that the website contains what it contains.

    7. In answer to Paragraph 107, this answer defendant admits that he has refused to comply with demands from plaintiffs. He denies the balance of the allegations.

    In addition, this answering defendant avers the following as affirmative defenses:

    1. Plaintiffs have failed to state a claim upon which relief can be granted.

    2. Plaintiffs assumed the risk that they would suffer what they claim to be suffering by doing what they did.

    3. Plaintiffs' own negligence was a contributory factor in their problems, if any.

    4. Plaintiffs are estopped from complaining about the name of this answering defendant's website, because there are many entities conducting business on the Internet using "monex" in

1  their names.

2    5.  Plaintiffs waived their trademark rights, if any.

3    6.  The so-called "defamations" are constitutionally
4  protected speech.

5    7.  The so-called "attempted extortion" was communications
6  within the context of a settlement negotiation, and as such is
7  privileged.

8    8.  Plaintiffs lack the capacity to sue, as the real party
9  in interest is "Monex Precious Metals", which is an entity that
10 exists only as an Internet presence.  It is not legally
11 registered or approved to conduct business in California.

12   Wherefore, defendant Jason Gilliam prays as follows:

13   1.  That plaintiffs take nothing by their complaint;

14   2.  That he be awarded his costs of suit, including a
15 reasonable attorney fee, if allowed by law; and

16   3.  That he be granted all other just relief.

17 Dated:  March 16, 2009

                              Respectfully submitted,


                              *[signature: Jason Gilliam]*
                              Jason Gilliam
                              Defendant, in pro per

Certificate of Service

I certify under penalty of perjury that:

I am over the age of eighteen and not a party to this lawsuit. My address is 504 Pierside Circle, Huntington Beach, CA 92648. I served the following:

Answer,

by depositing a true copy in a mailbox regularly maintained by the United States Postal Service in Laguna Woods, CA, on March 16, 2009, sealed in an envelope, with postage prepaid, addressed as follows:

Neil A. Goteiner
Farrella, Braun & Martell
235 Montgomery St.
San Francisco, CA 94104.

_____
Daniel Salerno