# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 09-287 JVS (ANx)                                    Date   April 7, 2009

Title   Monex Deposit Company, et al. v. Jason Gilliam, et al.

Present: The Honorable   James V. Selna

S. Mikhail for Karla J. Tunis                                   Sharon Seffens
Deputy Clerk                                                     Court Reporter

Attorneys Present for Plaintiffs:                   Attorneys Present for Defendants:

Neil A. Goteiner                                                  Hugo Torbet
Scott Andrews

**Proceedings:**   Order to Show Cause Hearing Why Preliminary Injunction Should Not Issue

     Cause called. Counsel state their appearances. Tentative ruling granting preliminary injunction distributed to counsel. Counsel argue. Preliminary injunction to issue. Court orders parties to submit further briefing. Plaintiffs shall file their opening brief no later than April 13, 2009. Defendants shall file their opposition no later than April 15, 2009. The Court orders that discovery may commence immediately with 10 days notice provided for depositions and discovery responses.

00 : 30

Initials of Preparer   sdm