1    Neil A. Goteiner (State Bar No. 083524)
         ngoteiner@fbm.com
2    Scott Andrews (State Bar No. 243690)
         sandrews@fbm.com
3    FARELLA BRAUN & MARTEL LLP
     235 Montgomery Street
4    San Francisco, CA  94104
     Telephone:  (415) 954-4400
5    Facsimile:   (415) 954-4480

6    Attorneys for Plaintiffs
     MONEX DEPOSIT COMPANY and MONEX
7    CREDIT COMPANY

8                  UNITED STATES DISTRICT COURT

9                      CENTRAL DISTRICT

10             (SOUTHERN DIVISION – SANTA ANA)

11

12   MONEX DEPOSIT COMPANY, et al.,      Case No.  8:09-CV-00287-JVS-RNBx

13             Plaintiffs,

14   v.                                  **FINDINGS OF FACT,
                                         CONCLUSIONS OF LAW, AND
15   JASON GILLIAM, et al.,              PRELIMINARY INJUNCTION**

16             Defendants.               Time:       3:00 p.m.
                                         Date:       April 7, 2009
17                                       Location:   Courtroom 10C

18                                       The Hon. James V. Selna

19

20        The Court has read all documents submitted in support of, in return to, and/or

21   in opposition to entry of the temporary restraining order, the order to show cause,

22   and/or the preliminary injunction.  The Court also has considered all other

23   evidence, documents, and argument of counsel and of pro se parties.  Based on the

24   foregoing material, and the entire file in this civil action, the Court finds that good

25   cause exists to grant the preliminary injunction described in the Order to Show

26   Cause.

         The Court finds the following facts:

27        1.      A number of customers and potential customers of Monex Deposit

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

PRELIM. INUNCTION ORDER
CASE NO. 8:09-CV-00287-JVS-RNBx

23587\1891917.1
23587\1914049.1

1   Company and Monex Credit Company (collectively, "Monex") have decided not to

2   do business with the company because of what they have read about Monex on

3   websites operated by or contributed to by defendants Jason Gilliam, Richard

4   Gilliam, and Steven Bowman (collectively "defendants.")  Those websites include

5   www.MonexFRAUD.com.

6         2.      Defendants have threatened to publish additional negative material

7   about Monex on www.MonexFRAUD.com and to report Monex's activities to

8   government and the news media, and to continue to do so, unless Monex pays them

9   $20 million.  Defendants' statements were not protected communications under

10   California Civil Code Section 47(b), in that (a) the statements were not made as a

11   demand with an intent to proceed with litigation; and (b) defendants did not

12   represent and did not have a relationship with the vast majority of investors whom

13   they purported to represent.  To the extent that a facial threat of RICO litigation

14   may be deemed within the scope of Section 47(b), defendants nevertheless

15   threatened other conduct not within the scope of the privilege and not related to the

16   litigation process.

17         3.      Since the Court's March 24, 2009 Order, the Webhost GoDaddy has

18   removed defendants MonexFRAUD website, advising the parties that GoDaddy

19   would revisit the issue after this Court ruled on the Order to Show Cause for a

20   Preliminary Injunction.

21         4.      Other websites operated by or contributed to by defendants publishing

22   negative material about Monex remain in operation.

23         5.      Since this Court's March 24, 2009 Order in this matter, defendants

24   have not retracted their extortionate demands or their threats: (a) to publish

25   additional negative material about Monex on www.MonexFRAUD.com and other

26   websites, (b) to report Monex's activities to government and the news media, and

27   (c) to continue to do so, unless Monex pays them $20 million.

28         6.      Also since this Court's March 24, 2009 Order defendant Jason Gilliam

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

PRELIM. INJUNCTION ORDER
CASE NO. 8:09-CV-00287-JVS-RNBx                - 2 -                23587\1914049.1

has testified that his mission short of compelling Monex to pay his extortionate demand of $15 million (his father defendant Richard Gilliam demanded $20 million) was to completely destroy Monex through a relentless marketing and awareness campaign to persuade Monex customers and potential customers to avoid transacting business with Monex, and to consider instead investing with Monex's competitors.

7.      Also since this Courts' March 24, 2009 Order, defendant Jason Gilliam has again stated that he wants $15 million from Monex.

8.      Jason Gilliam has testified that his damages flowing from the shut down of the MonexFRAUD cite are injury to his pride, credibility and morale. Richard Gilliam has testified that he'd prefer the site remain shut down.  Since the March 24, 2009 Order, Monex has deposited $20,000 cash with the Clerk of the Central District.

9.      Defendants are likely to continue publishing negative material on those websites, including www.MonexFRAUD.com, at least if web-services provider GoDaddy.com reinstates the website, and to keep their extortionate threats in place because Monex has refused to pay them.

10.      The websites, and particularly the resurrection of the MonexFRAUD.com website, are likely to harm Monex immediately by damaging its reputation, customer relationships, business, revenues, and goodwill.

11.      Such harm will not be compensable through money damages because the amount of damage will not be determinable with sufficient precision.

12.      Defendants will not suffer any cognizable harm if they are enjoined from extorting, and attempting to extort, money from Monex by means of threatening to publish — and then publishing — negative statements about Monex.

13.      Defendants will not suffer any cognizable harm if they are preliminarily enjoined from running their websites pending a judgment in this action.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

PRELIM. INJUNCTION ORDER
CASE NO. 8:09-CV-00287-JVS-RNBx                - 3 -                23587\1914049.1

14.     All defendants plaintiffs received actual notice of the Order to Show Cause.

15.     Defendant Steven Bowman has not responded to the Order to Show Cause or to any other emailed communications from plaintiffs or defendants.

The Court makes the following conclusions of law:

1.     Plaintiffs have a reasonable probability of success in this action on one or more theories which would support injunctive relief, including defamation, extortion, trade libel, and interference with contract and with economic advantage.

2.  To the extent that defendants' statements about Monex are fraudulent, they are not protected by the First Amendment.  <u>San Antonio Community Hospital v. Southern California District Council of Carpenters</u>, 125 F.3d 1230, 1239 (9th Cir. 1997); <u>see</u> <u>Peel v. Attorney Registration and Disciplinary Comm'n of Ill.</u>, 496 U.S. 91, 107 n. 14 (1990); <u>Gehl Group v. Koby</u>, 63 F.3d 1528, 1534 (10th Cir.1995). As the California Supreme Court has noted: "The policy of this state which characterizes the use of false or fraudulent statements in picketing as unlawful is within the permissible limits which a state may impose upon industrial combatants without impairing the right of free speech." <u>Magill Bros., Inc. v. Building Serv. Employees' Int'l Union</u>, 20 Cal.2d 506, 127 P.2d 542, 545 (1942) (<u>citing</u> <u>Thornhill v. Alabama</u>, 310 U.S. 88, 1043 (1940)).

3.     The balance of equities in considering entry of a preliminary injunction tips in Monex's favor.  There is no apparent economic or other harm which defendants will sustain if injunctive relief is granted.

4.     This preliminary injunction is in the public interest.

IT IS ORDERED THAT:

A.     Defendants and anyone acting in concert with them or on their behalf ARE HEREBY RESTRAINED AND ENJOINED FROM:

i.     Any efforts to extort consideration from Monex, including any efforts to persuade Monex to pay defendants money which directly or

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

PRELIM. INJUNCTION ORDER
CASE NO. 8:09-CV-00287-JVS-RNBx

- 4 -

23587\1914049.1

1   indirectly involves: (1) threats against Monex or its employees to publish in

2   any forum or to share information about Monex with third parties, or

3   (2) threats to defame Monex or its employees, unless Monex pays

4   defendants.

5          ii.      Operating, directly or indirectly,  www.MonexFRAUD.com. or

6   any other website address using the name Monex in combination any

7   modifier which implies illegal, unlawful or unethical conduct.

8          iii.     Publishing or republishing on any website, including, but not

9   limited to, www.MonexFRAUD.com, www.youtube.com, http://digg.com,

10  http://goldismoney.info, and http://americannepali.blogspot.com, or in any

11  other manner any statement that Money does not have title to or the ability to

12  deliver precious metals sold under contract to any Monex customer;  that

13  Monex was expelled from the National Futures Association for fraud; that

14  Monex oprates as a boiler room; that Monex violates any federal or state

15  statutes regulating the business operations of Monex; that Monex has been

16  charged by the Internal Revenue Service with tax evasion; and that Monex

17  fails to accurately disclose to customers account and trading terms

18  (collectively "Prohibited Statements").  This part of the order requires

19  defendants to remove, from any website over which they have sufficient

20  control, all Prohibited Statements that they have published or republished

21  there, and to stop using the word MonexFRAUD, all within 24 hours of the

22  entry of this preliminary injunction.  Notwithstanding any other provision of

23  this Order, nothing herein shall prohibit defendants from (a) making

24  statements regarding their own business dealings with Monex, including any

25  losses they may have sustained, or (b) communicating with any

26  governmental entity concerning matters within the scope of that entity's

27  legislative, administrative or regulatory responsibilities.

28         iv.     Disclosing or using directly or indirectly in any way any trade

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PRELIM. INJUNCTION ORDER
CASE NO. 8:09-CV-00287-JVS-RNBx

- 5 -

23587\1914049.1

1   secret documentation or other proprietary information belonging to Monex,

2   including all internal Monex documents which are not public, such as Monex

3   customer lists.

4          v.     Retaining any trade secret or proprietary information referred to

5   in the last paragraph.  To implement this part of the Order, defendants must

6   disclose to and return to Monex within 48 hours of entry of this Order all

7   such information and documentation within defendants' possession, or within

8   possession of anyone within defendants' control.  To the extent that

9   defendants once had possession of such documentation, but no longer have

10  possession, defendants must within 48 hours also inform Monex's counsel in

11  writing and in specific and sufficient detail: (1) all efforts defendants have

12  made to re-acquire such documentation; (2) what became of such

13  documentation, including the time and date the defendant lost control of the

14  documentation; and (3) who presently has possession of this documentation

15  so that Monex can take steps to recover the documentation.

16  B.     This order shall be effective as soon as plaintiffs or either of them

17  properly have posted a bond in the amount of $20,000.

18

19  Dated:     April 09, 2009

20  Time:     9:45 a.m.

21                          By: _____

                                 U.S. DISTRICT COURT JUDGE

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

PRELIM. INJUNCTION ORDER
CASE NO. 8:09-CV-00287-JVS-RNBx                - 6 -                23587\1914049.1