Neil A. Goteiner (State Bar No. 083524)
    ngoteiner@fbm.com
Scott Andrews (State Bar. No. 243690)
    sandrews@fbm.com
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:   (415) 954-4480

Attorneys for Plaintiffs and Cross-Defendants
MONEX DEPOSIT COMPANY and MONEX
CREDIT COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

(SOUTHERN DIVISION – SANTA ANA)

| | |
|---|---|
| MONEX DEPOSIT CO., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>JASON GILLIAM, et al.,<br><br>Defendants,<br><br>AND RELATED COUNTERCLAIMS. | Case No. SACV 09-287-JVS(RNBx)<br><br>**DECLARATION OF SCOTT ANDREWS IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ORDER COMPELLING DEPOSITIONS**<br><br>The Hon. Robert N. Block<br><br>Discovery Cut-off:  January 15, 2010<br>Pretrial Conference:  March 1, 2010<br>Trial Date:  April 13, 2010 |

I, Scott Andrews, declare:

1.      I have personal knowledge of each fact set forth below.  If called as a witness, I could and would testify competently thereto.

2.      I have an active license to practice law in California.  I am an associate with Farella Braun + Martel LLP, counsel to plaintiffs and counter-defendants in this matter.

3.      Since Judge Selna extended the discovery cut-off in this matter, defendants Richard and Jason Gilliam have not given notice of any depositions or

1    attempted to conduct any other discovery in this action.

2        4.      Other than "out-of-office" automated emails, I did not receive any

3    response to my inquiry as to whether the Gilliams would appear for their January

4    8, 2010 depositions until December 28, 2009, when the Gilliams filed and served

5    a document entitled "Objection of Defendants Re Plaintiffs' Notice For

6    Depositions And Notice Of Unavailability of Defendants," Dkt. 314 in this action,

7    a true and correct copy of which is attached hereto as Exhibit A.

8        5.      When I asked Jason and Richard Gilliam to name specific instances of

9    abuse by Neil Goteiner during the deposition of Jason Gilliam, they did not

10   respond.  Attached hereto as Exhibit B is a true and correct coy of an email

11   exchange among Jason Gilliam, Richard Gilliam, and I concerning whether they

12   would agree to seek a discovery extension to allow their depositions to be taken

13   after January 15 and asking what abuse took place at Jason Gilliam's deposition.

14       6.      Attached hereto as Exhibit C is a true and correct copy of Judge

15   Selna's Order Granting In Part Request For Extension, Dkt. 303 in this action.

16       7.      Attached hereto as Exhibit D is a true and correct copy of Judge

17   Selna's Order For Jury Trial, Dkt. 185 in this action.

18       8.      Attached hereto as Exhibit E is a true and correct copy of Judge Selna's

19   Civil Minutes – General, Scheduling Conference, Dkt. 184 in this action.

20       9.      Attached hereto as Exhibit F are true and correct copies of the notices

21   of the depositions of Jason and Richard Gilliam scheduled for January 8, 2010,

22   and proof of service thereof.

23       10.     Attached hereto as Exhibit G is a true and correct copy of an email

24   exchange between Richard Gilliam, Jason Gilliam, and I concerning whether they

25   would appear for their January 8 depositions.

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

ANDREWS DECL. ISO APPLICATION
CASE NO. 8:09-CV-00287-JVS(RNBx)                    - 2 -                                        23587\2127865.1

1       11.    Attached hereto as Exhibit H is a true and correct copy of a letter from

2   me to the Gilliams seeking a telephonic meet and confer about deposition

3   scheduling, and proof of service thereof.

4       I declare under penalty of perjury under the laws of the United States that the

5   foregoing is true and correct.  Executed this 29th day of December, 2009, in San

6   Francisco, California.

7

8

9                                        /s/
                                 Scott Andrews

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

ANDREWS DECL. ISO APPLICATION
CASE NO. 8:09-CV-00287-JVS(RNBx)

- 3 -

23587\2127865.1