*Monex Deposit Co., et al. v. Jason Gilliam, et al.*
*Case No. SACV 09-287-JVS (RNBx)*

**Declaration of Scott Andrews**

# Exhibit A

FILED 2009 DEC 28 AM 10:27

Jason Gilliam
Richard Gilliam
24310 Moulton Pkwy, Unit O-164
Laguna Hills, CA 92637
Telephone: (714) 536-3333

Defendants in pro se

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

MONEX DEPOSIT COMPANY, et al, ) No. SACV09-287 JVS (RNBx)
)
        Plaintiffs, ) OBJECTION OF DEFENDANTS RE
) PLAINTIFFS' NOTICE FOR
  v. ) DEPOSITIONS AND NOTICE OF
) UNAVAILABILITY OF DEFENDANTS
JASON GILLIAM, et al, )
)
        Defendants. )
)
)
)
)
)

## OBJECTION RE NOTICE OF DEPOSITION OF DEFENDANTS

Defendants Jason and Richard Gilliam object to the Plaintiffs' recently filed Notice of Deposition of Richard Gilliam and Notice of Deposition of Jason Gilliam. The plaintiffs filed these notices without any prior warnings or attempts to coordinate such with the defendants. The defendants had already made plans prior to these notices which make their appearance at those dates impossible. Furthermore, plaintiffs' attorney Neil Goteiner's abusive behavior in the first deposition of Jason Gilliam is evidence that these depositions will simply be more of the same. Defendants are not obligated to show up to tolerate such abusive behavior and will not do so. See FRCP 30(d)(3)(A).

SACV09-287 JVS; OBJECTION OF DEFENDANTS RE PLAINTIFFS' NOTICE
FOR DEPOSITIONS AND NOTICE OF UNAVAILABILITY OF DEFENDANTS

- 1 -

## NOTICE OF UNAVAILABILITY OF DEFENDANTS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, IF ANY:

Please take notice that, neither defendants Jason Gilliam nor Richard Gilliam will be available for the plaintiffs' noticed depositions erroneously scheduled without either defendant's consent for January 8, 2010.

Please take notice that, neither defendants Jason Gilliam nor Richard Gilliam will be available for the settlement conference erroneously scheduled by the plaintiffs without either defendant's consent for January 11, 2010.

Both defendants will be unavailable until after January 17, 2010.

Respectfully submitted on December 28, 2009:

_____

Jason Gilliam, Defendant in pro se

_____

Richard Gilliam, Defendant in pro se

SACV09-287 JVS; OBJECTION OF DEFENDANTS RE PLAINTIFFS' NOTICE
FOR DEPOSITIONS AND NOTICE OF UNAVAILABILITY OF DEFENDANTS

- 2 -

## Certificate of Service

I certify under penalty of perjury that:

My name is Jason Gilliam and I am representing myself as a defendant in this lawsuit. Both defendants and plaintiffs have agreed to accept service from each other by email. Attached to this certificate of service is the Court's order allowing service by email. I served the following:

1) OBJECTION OF DEFENDANTS RE PLAINTIFFS' NOTICE FOR DEPOSITIONS AND NOTICE OF UNAVAILABILITY OF DEFENDANTS;

2) OBJECTION OF DEFENDANT JASON GILLIAM TO MONEX'S PROPOSED ORDER RE SUMMARY JUDGMENT ON EXTORTION AND INTERFERENCE;

by attaching to email a true copy of each document in PDF format and sending the email to the plaintiffs' attorneys on December 28, 2009.

Email service was made to the following email addresses: sandrews@fbm.com; ngoteiner@fbm.com; mmckay@fbm.com; karentsen@fbm.com; and calendar@fbm.com.

*Jason Gilliam*

Jason Gilliam

SACV09-287 JVS; PROOF OF SERVICE

- 1 -