Neil A. Goteiner (State Bar No. 83524)
ngoteiner@fbm.com
Scott Andrews (State Bar No. 243690)
sandrews@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiffs
MONEX DEPOSIT COMPANY and MONEX
CREDIT COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

(SOUTHERN DIVISION – SANTA ANA)

| | |
|---|---|
| MONEX DEPOSIT CO., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JASON GILLIAM, et al.,<br><br>Defendants,<br><br>AND RELATED COUNTERCLAIMS. | Case No. SACV 09-287-JVS(RNBx)<br><br>**ORDER REQUIRING RETURN OF SECURITY DEPOSITED IN CONNECTION WITH TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, AND INTEREST THEREON**<br><br>Time: 1:30 p.m.<br>Date: Jan. 30, 2012<br>Location: Courtroom 10C<br><br>The Hon. James V. Selna |

After considering all documents related to plaintiffs' Motion to Shorten Time and For an Order Requiring Return of Security Deposited in Connection With Temporary Restraining Order and Preliminary Injunction and the entire record in this action, the Court finds that good cause exists to GRANT the motion.

In accordance with the Court's January 27, 2012 Order Granting Plaintiffs' Motion to Return Security, Dkt. 408, the Court ORDERS the fiscal section of the

[PROPOSED] ORDER FOR RETURN OF
SECURITY AND INTEREST
CASE NO. SACV 09-287-JVS(RNBx)

- 1 -

23587\2941758.1

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

United States District Court for the Central District of California, and any other court personnel or department in possession of the $20,000 security deposit made by Monex Deposit Co. and Monex Credit Co. (together, "Monex") in this case on March 25, 2009, immediately to disburse $20,000 and all interest accrued on the security deposit to Monex' counsel of record, Scott Andrews, Farella Braun + Martel LLP, at 235 Montgomery Street, San Francisco, CA 94104.

Dated:  January 30_, 2012     By: _____
                                   James V. Selna
                                   United States District Judge

CC:  FISCAL SECTION

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER FOR RETURN OF
SECURITY AND INTEREST                - 2 -                               23587\2941758.1
CASE NO. SACV 09-287-JVS(RNBx)